**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**MICHAEL GORE** **PLAINTIFF**

**v.** **Case No: 4:24-cv-00644-LPR**

**UNION PACIFIC RAILROAD COMPANY** **DEFENDANT**

**ORDER**

On October 8, 2026, Plaintiff filed a Motion to Dismiss this case based on a settlement reached by the parties.[1] Defendant has notified the Court via e-mail that it does not object to Plaintiff's Motion.[2] Accordingly, Plaintiff's Motion to Dismiss (Doc. 92) is GRANTED and this case is DISMISSED with prejudice, with each party to bear its own costs and attorney fees. Defendant's pending Motion for Attorney Fees and Costs (Doc. 75) is DENIED as moot. The Clerk is instructed to close this case.

IT IS SO ORDERED this 2nd day of November 2026.

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

[1] Pl.'s Mot. to Dismiss (Doc. 92).

[2] Union Pacific Railroad Company is the sole remaining Defendant in this case. *Id.*; *see* Docs. 15, 60.