**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**MICHAEL GORE** **PLAINTIFF**

**v.** **Case No: 4:24-cv-00644-LPR**

**ICON EQUITIES LLC, et al.** **DEFENDANTS**

# JUDGMENT

Consistent with the Order entered today and prior Orders in this case, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED with prejudice.

IT IS SO ADJUDGED this 2nd day of November 2026.

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE